UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ELIZABETH A. CARTER,<br><br>      Plaintiff,<br><br> v.<br><br>MICHAEL J. ASTRUE. Commissioner of Social Security,<br><br>      Defendant. | Case No. 3:12-cv-05628-KLS<br><br>ORDER GRANTING PLAINTIFF'S APPLICATION TO PROCEED *IN FORMA PAUPERIS* |

  Plaintiff's application to proceed *in forma pauperis* (ECF #1) is GRANTED.  Plaintiff does not appear to have funds available to afford the $350.00 Court filing fee.

  DATED this 1st day of August, 2012.

                   Karen L. Strombom
                   United States Magistrate Judge

ORDER - 1